**Honorable Judge**
**U.S. District Court, Eastern District of Missouri**

**Your Honor,**

My name is Wendy Stewart. I live in Arnold, Missouri and am an owner of a financial institution and have worked in the financial services industry for 20+ years. I have known Mr. Braasch since 1989. We met through his older sister, Amy, whom I have been friends with since that time. Mr. Braasch was the younger brother that was always tagging along throughout our formative years in high school, as siblings would often do. I became close with him as a result and our friendship grew stronger as the years passed.

Matt and his older sister Amy were both adopted. I grew to love his adopted mom, Barb, and adopted dad, Don, as my friendship with both Matt and Amy continued through the years. I attended many family functions throughout the years, including holiday gatherings, and grew to love his family like my own. They have always been a supportive, close-knit family. Matt's adopted father, Don, has since passed away and he has taken on the role of man of the house for years now. He currently lives with his adopted mom, Barb.

Matt has always been a very hard worker and poured his heart into everything he did. He was always very generous with his time and would help you at the drop of a hat. If you needed to move furniture and he had a vehicle, he would be there ready to lift and load or to assist in any other way he could. Matt has always been a good person. He was a youth group leader throughout his life. He loved being around others and helping people grow. He would help his aunts, uncles, and cousins over the years with babysitting or chauffeuring the little ones around, as needed. Matt further plans to get back into his church group so he can again, lead by example, and assist others in need.

Like so many of us, Matt has had his struggles in life. In the early 2000's, he struggled with who he wanted to be. I think he finally felt courageous enough to talk to me about his life choices knowing that I would not judge him. He understood that I would love him just the same regardless of who he was, or who he loved. His adopted family was also very supportive in his life choices and they all love him just the same.

Matt later went searching for his biological parents, as many people that are adopted do at some point in their life. To this day, he still has a relationship with his biological dad. His relationship with his biological mom exists to a much lesser degree. Matt has gained relationships with siblings and cousins as a result of these new-found relationships with his birth parents. However, he still considers Barb and Don to be his "parents" since they truly raised him from a small boy.

Matt's heart belongs to his adopted mom, Barb. He lives with and helps Barb with her daily needs. She is getting up there in years and cannot get around as easily as she once did. She has also had various health issues over the years in which Matt's assistance has been heavily relied upon in the home. For instance, the laundry is in the basement and Barb is unable to go down the stairs due a foot injury sustained and without the assistance of Mr. Braasch, laundry in the home would not get done. Furthermore, Matt takes Barb to/from doctor's appointments so his ability to be available

for these appointments is highly important. In addition, Barb lives on Social Security and her income is not enough to sustain her mortgage and put food on the table for her and Matt. Therefore, Matt's need to remain in his home and help provide for both of them is very crucial to Barb's survival. Without Matt's income that he brings home for all bills and food, Barb would not be able to live in her home any longer. The home would get foreclosed upon due to bills unable to be paid.

Furthermore, I plan to offer Mr. Braasch plenty of emotional support he will need to move into a bright future. Sometimes people wander away and get lost in the weeds of life and forget those who ground them. I think Mr. Braasch wandered off briefly and is now fully aware that he needs focus, structure, and grounding by good friends and family, that may have previously been lacking. I plan to serve as a sounding board moving forward and help ground him so he can remain focused on bettering himself day by day. Mr. Braasch is not a bad person. He has merely made a few bad choices in life but those do not define who he truly is. Matt is a kind-hearted, generous soul and he deserves a chance to prove this.

My hope is that the courts will seek leniency on Mr. Braasch and allow him to continue working a full-time job so that he can provide for he and his mom, thereby allowing his mom to stay in her home. Matt has a degree in Business Management and is currently working towards an MBA, thereby improving himself for future opportunities. Matt is currently working as a courier for a company that specializes in couriering lab work back and forth from hospitals. He has future aspirations in this line of work and is working toward his own courier business. This courier business will give Mr. Braasch the focus and structure he needs moving forward. In addition, Mr. Braasch understands that justice needs to be served by allowing him to continue working while paying back his debt to society. Mr. Braasch just needs a second chance to show he is the good person he has always been, despite some struggles and setbacks he has faced in life. Mr. Braasch is aware of his wrongdoings and is fully focused on surrounding himself going forward with those who ground him, lift him up and emotionally support him in his future endeavors.

**Respectfully yours,**