Honorable Judge Sippel,

My name is Joan Bonnell. I have known Matt Braasch his whole life. He went to school with my daughters and attended the same church as us. His mother and I have been good friends this entire time as well.

Matt is a good friend to me. He has always been supportive and helpful. If I have a question about anything at home, I ask Matt. He is a good problem solver. I always consult him when I have problems with my phone, the computer, the cable, etc.

Your Honor, I am not minimizing what he did. But I do know that he has learnt from this difficult and humiliating lesson. Matt tries very hard to help his mother. She cannot drive anymore due to eye problems. He does all the groceries, handles the bills, helps her order things online, takes her to her doctor's appointments, takes their dog to vet appointments, and keeps the household running. He is currently painting the inside of their house. Due to his asthma, he has my grandson cut their grass. He contributes to the household expenses. There are not too many people who are available besides his sister who works, and me to take his mother places.

Matt calls me every evening while driving for his job. I know that he is a God-fearing man. He was very active at The Gathering Church. He felt accepted there. He has not been able to go back for a while, but he is not discouraged. He looks forward to going back to his community there some day.

We all make bad decisions and sometimes even illegal ones. Matt has taken responsibility and hopes to make amends. I will miss my friend. I know the impact on his mother will be difficult.

Thank you for taking the time to read this letter.


Respectfully,


Joan Bonnell