July 9, 2026


Your Honor,


My name is Karen St. John, and I live in St. Louis, MO and I am a Quality Support Specialist at Maritz Global Events and a resident of St. Louis, MO.  I have known Matt Braasch for 26 years, having been introduced to him by his sister Amy, who is a close friend of mine.  I am writing to provide insight into Matt's character as you consider his sentencing.


Throughout our friendship, I have known Matt Braasch to be a dedicated worker, believes in family values and a person of faith who is active in his church community. I have consistently seen him go out of his way to help others in times of need. Matt in the past and currently volunteers with his church Currently, Matt lives with his mother, where he has taken on the responsibility of maintaining the household, performing daily chores, and covering the utility expenses.  One thing that me and Matt found that we both enjoyed was sharing and talking about our family and friends' gatherings and reminiscing and telling the stories of the good times while also creating paper scrapbooks which he and I would work on together and help and give feedback on each other's creations.


While I am aware of the charges regarding theft or fraud, this behavior is stark departure from the man I have known for over two decades. Since the incident, Matt has expressed to me a profound sense of remorse and an understanding of the harm caused. He has taken immediate, proactive steps to change his life. He secured steady employment as a courier and is currently working toward establishing his own business. Furthermore, he has shown a commitment to his future by earning a degree in Business Management and is now actively pursuing his MBA.


I believe Matt is a person who has learned from his mistakes and is dedicated to making a positive contribution to our community moving forward. Thank you for your time and for considering my perspective.


Respectfully yours,

Karen St. John