7/9/26

Honorable Judge Sippel,

I am Matthew Braasch's mother. My name is Barbara Braasch. I have a hard time putting into words how I feel. My son is truly such a special man. He has had no more struggles than others as a child. In turn he has given back to me more than I should expect from my children. Matthew is such a big help to me especially since I cannot see well and cannot drive. He is my trusted set of eyes. After my husband died, Matthew took on the responsibilities of taking care of the household. I am so proud of him. Through the difficulties in his life, he has become a good Christian citizen. He has always gone out of his way to help people to the point that it gets to be too much. He can never say no. He loves our family so much and is always there for everyone.

As my eyesight became worse, Matthew made the decision to move in with me so that I could get around better. He has been there for me these past 20 years. I feel guilty because I feel I ruined his life, but he always says, "who else am I going to help"? He takes care of the bills, the groceries and the day-to-day upkeep of a home. If he cannot do something, he will find someone to do it.

I love this boy. I really do. I cannot say this enough. I don't know what I would do without him. I always taught him and his sister that the Lord is there for them and that If they fail, admit it, pick themselves up and keep going. My son has done that. The positivity and the love within our family unit was more important to us than anything else.

I don't know what the future holds. If Matthew is not here, I will sell my house and wait for him. This has blindsided all of us and makes me too emotional to say anything other than that he is still a good man. I know in my heart that he will try to make amends anyway he can.


Sincerely,


Barbara Braash